# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* DIANE CASHO and REBA BRANDON, | ) ) ) | **FILED UNDER SEAL** |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | 1:19-cv-11058-LTS |
| AMEDISYS INC., *et al.*, | ) ) ) | |
| Defendants. | ) | |
| UNITED STATES OF AMERICA *ex rel.* CATHY MCGEE and ANGELA MONROE, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | 1:19-cv-11136-LTS |
| AMEDISYS, INC., | ) ) ) | |
| Defendant. | ) | |
| UNITED STATES OF AMERICA *ex rel.* JACKIE BYERS, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | 1:19-cv-11147-LTS |
| AMEDISYS HOLDING, LLC. f/k/a AMEDISYS INC., *et al.*, | ) ) ) ) | |
| Defendants. | ) | |
| UNITED STATES OF AMERICA *ex rel.* ELLYN D. WARD, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | 1:19-cv-11392-LTS |
| AMEDISYS, INC., | ) ) ) | |
| Defendant. | ) | |

## THE UNITED STATES' NOTICE OF
## ELECTION TO DECLINE INTERVENTION

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), the United States notifies the Court of its decision not to intervene in the above-captioned actions at this time. Although the United States is declining to intervene, it respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows the relators to maintain the actions in the name of the United States, providing, however, that the "action[s] may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Therefore, the United States requests that, should any relator or any defendant propose that any of the actions be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in these actions be served upon it. The United States also requests that orders issued by the Court be sent to counsel for the United States. The United States reserves its right to order any deposition transcripts, to intervene in this action for good cause at a later date, and to seek dismissal of the relators' actions or claims. The United States also requests that it be served with all notices of appeal.

Finally, the United States requests that the relators' Complaints, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in these actions remain under seal because, in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Dated:  February 16, 2021          Respectfully submitted,

                                            THE UNITED STATES OF AMERICA

                                            ANDREW E. LELLING
                                            United States Attorney

                              By:  */s/ Steven T. Sharobem*
                                            JESSICA J. WEBER
                                            STEVEN T. SHAROBEM
                                            Assistant United States Attorneys
                                            United States Attorney's Office
                                            1 Courthouse Way, Suite 9200
                                            Boston, MA 02210
                                            (617) 748-3100
                                            jessica.j.weber@usdoj.gov
                                            steven.sharobem@usdoj.gov


## **CERTIFICATION**

I certify under Local Rule 7.1(a)(2) that the Government has conferred with counsel for the relators.


Dated:  February 16, 2021          */s/ Steven T. Sharobem*
                                              Steven T. Sharobem
                                              Assistant United States Attorney


## **CERTIFICATE OF SERVICE**

I, Steven Sharobem, Assistant United States Attorney, hereby certify that the foregoing document was served on the following counsel, by e-mail on the below date.

| *Counsel for Relators Casho and Brandon* | *Counsel for Relator Byers* |
|:---:|:---:|
| Richard P. Neuworth | Ashley White Creech |
| Lebau & Neuworth LLC | McGowan, Hood & Felder, LLC |
| 606 Baltimore Avenue-Suite 201 | 1539 Health Care Drive |
| Baltimore, MD 21204 | Rock Hill, South Carolina 29732 |
| rn@joblaws.net | acreech@mcgowanhood.com |
| | |
| Devan M. Wang | *Counsel for Relator Ward* |
| Lebau & Neuworth LLC | Geoffrey R. Kaiser |

3

| | |
|---|---|
| 606 Baltimore Avenue-Suite 201<br>Baltimore, MD 21204<br>dw@joblaws.net<br><br>*Counsel for Relators McGee and Monroe*<br>Oscar M. Price, IV<br>Price Armstrong, LLC<br>2421 2nd Avenue North, Suite 1<br>Birmingham, AL 35203<br>oscar@pricearmstrong.com | Rivkin Radler LLP<br>926 RXR Plaza<br>Uniondale, New York 11556<br>(516) 357-3161<br>Geoffrey.Kaiser@rivkin.com |

**Pursuant to 31 U.S.C. § 3730(b)(2), no service was made upon the Defendants because these cases are still under seal.**

Dated: February 16, 2021        By:    */s/ Steven T. Sharobem*
                                       Steven T. Sharobem
                                       Assistant United States Attorney

4